UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05cr0108-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING DATE |
| v. | ) | FOR SENTENCING HEARING |
| | ) | |
| JESUS LOPEZ (3), | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in Criminal Case No. 05cr0108-BTM be continued from July 6, 2007 at 8:30 a.m., to September 19, 2007, at 9:00 a.m.

DATED: July 3, 2007

Hon. Barry Ted Moskowitz
United States District Judge